CAUSE NO 01-15-00066-CV

IN THE

FIRST COURT OF APPEALS

HARRIS COUNTY TEXAS

FILED IN
1ST COURT OF APPEALS
HOUSTON, TEXAS

DEC - 1 2015

CHRISTOPHER A. PRINE

CLERK _____

---

PATRICK OLAJIDE AKINWAMIDE

APPELLANT

V

TRANSPORTATION INSURANCE COMPANY

CNA INSURANCE COMPANY AND

AUTOMATIC DATA PROCESSING INC.

APPELLEES

---

FROM THE 80TH DISTRICT COURT

OF HARRIS COUNTY, TEXAS

---

NOTIFICATION

---

PATRICK OLAJIDE AKINWAMIDE, PROSE

2151 SOUTH KIRKWOOD ROAD, #295

HOUSTON, TEXAS 77077

(832) 620-9345

1

## NOTIFICATION

To The Hon. Justices Of The Said Court:

Pursuant to Tex. R. App. P. 9.5, Appellant attempted to serve the Appellees with copies of the motions filed with the court on November 17, 2015 through their attorney of record, Mr. Jeffrey L. Diamond without success.

Mr. Jeffrey L. Diamond and associates have moved from 1010 North San Jacinto St., Houston, Texas 77002 without any notice of change of address to the Appellant.

The copies of the motions above referenced were put in a properly addressed envelope, Certified Mail, Return Receipt Requested and "Returned to Sender, Vacant Unable to Forward." See attachment "A."

Respectfully submitted,

Patrick Olajide Akinwamide, ProSe
2151 S. Kirkwood Rd., Apt. 295
Houston, TX 77077
Tel: (832) 620-9345

2

# ATTACHMENT 'A'

4



U.S. POST
PAID
SPRING
07737
NOV 0?
AMC

1000          77002          R2304M          $6

CERTIFIED MAIL
IN HOUSTON

7015 1660 0001 1197 6021



773  4E 1609    72 11/17/15

RETURN TO SENDER
VACANT
UNABLE TO FORWARD

BC: 77077623770        *2633-06521-06-42

NIXIE

PATRICIA BLADINE AKINWAMIV2E
2451 S. KIRKWOOD RD. #295
HOUSTON, TEXAS 77077

MR. JEFFREY L. DIAMOND
1010 NORTH SAN JAC
HOUSTON, TEXAS 77

■ PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

MR. JEFFREY L. DIAMOND
1010 North San Jacinto St.
Houston, TX 77002

9590 9403 0582 5183 1020 42

2. Article Number (Transfer from service label)

7015 1660 0001 1197 6021

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addressee

B. Received by (Printed Name)     C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:      ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery
all Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, April 2015 PSN 7530-02-000-9053     Domestic Return Receipt

# U.S. Postal Service™
## CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*



For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

HOUSTON TX 77002

| Certified Mail Fee | $3.45 | 0379 |
| --- | --- | --- |
| $ | | 20 |

Extra Services & Fees *(check box, add fee as appropriate)*
- ☐ Return Receipt (hardcopy) — $ $0.00
- ☐ Return Receipt (electronic) — $ $0.00
- ☐ Certified Mail Restricted Delivery — $ $0.00
- ☐ Adult Signature Required — $ $0.00
- ☐ Adult Signature Restricted Delivery — $

Postage $1.15

$

Total Postage and Fees
$7.40

Sent To MR. JEFFERY L. ZIMMAN

Street and Apt. No., or PO Box No. 1010 NORTH SAN JACINTO ST

City, State, ZIP+4® HOUSTON TX 77002

KLEIN STATION
Postmark
Houston
NOV 17 2015
SPRING TX 77379

11/17/2015

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

7015 1660 0000 8240 1126